THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Wade Leighton Dean,       
Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2003-UP-098
Submitted November 20, 2002  Filed 
 February 4, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Harold W. Gowdy, III, of Spartanburg; for Respondent.
 
 
 

PER CURIAM:  Wade Leighton Dean appeals 
 his conviction and sentence for trafficking cocaine.  Counsel for Dean attached 
 to the final brief a petition to be relieved as counsel.  Dean filed a separate 
 pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Deans appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED.
CONNOR, STILWELL, and HOWARD, JJ., 
 concur.